IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT VAN WINKLE, individually and on behalf all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| FRESH START MORTGAGE INC., | ) ) ) |
| Defendant. | ) |

CAUSE NO. 07-657-WDS

**O R D E R**

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: October 1, 2007.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE

Case reassigned to United States District Judge G. Patrick Murphy.  All future pleadings shall bear Cause No. 07-657-GPM.